**MICHAEL N. FEUER, CITY ATTORNEY (SBN 111529x)**
**THOMAS H. PETERS, CHIEF ASSISTANT CITY ATTORNEY**
**CORY M. BRENTE, SUPERVISING ASSISTANT CITY ATTORNEY**
**CRAIG J. MILLER, DEPUTY CITY ATTORNEY (SBN 138302)**
200 N. Main Street, 6th Floor, City Hall East
Los Angeles, CA 90012
Email: Craig.miller@lacity.org
Tel: (213) 978-8722   Fax: (213) 978-8785

**ATTORNEYS FOR DEFENDANTS CITY OF LOS ANGELES AND CHARLIE BECK**

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEMHAR GIRMAY AMAH, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF LOS ANGELES, a Municipal Corporation; CHARLIE BECK Chief of Police, in his individual and official capacities; and DOES 1 through 5, inclusive,<br><br>    Defendants. | **Case No.: CV 16-00216 FMO(AFMx)**<br>Honorable Judge: Fernando M. Olguin<br>Honorable Magistrate Judge: Alexander F. Mackinnon<br><br>**ANSWER OF DEFENDANTS CITY OF LOS ANGELES AND CHARLIE BECK TO PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL** |

**COMES NOW DEFENDANTS CITY OF LOS ANGELES and CHARLIE BECK** answering Plaintiff, Semhar Girmay Amah's Complaint in the above-entitled action, for themselves and for no other party, hereby admit, deny, and allege as follows:

///

///

1. Answering paragraph 1 of the Complaint, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

2. Answering paragraph 2 of the Complaint, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

3. Answering paragraph 3 of the Complaint, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

4. Answering paragraph 4 of the Complaint, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

5. Answering paragraph 5 of the Complaint, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

6. Answering paragraph 6 of the Complaint, defendants admit the allegations contained therein.

7. Answering paragraph 7 of the Complaint, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

8. Answering paragraph 8 of the Complaint, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

9. Answering paragraph 9 of the Complaint, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

10. Answering paragraph 10 of the Complaint, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

11. Answering paragraph 11 of the Complaint, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

12. Answering paragraph 12 of the Complaint, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

13. Answering paragraph 13 of the Complaint, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

14. Answering paragraph 14 of the Complaint, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

1  15.   Answering paragraph 15 of the Complaint, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

16.   Answering paragraph 16 of the Complaint, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

17.   Answering paragraph 17 of the Complaint, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

18.   Answering paragraph 18 of the Complaint, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

19.   Answering paragraph 19 of the Complaint, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

20.   Answering paragraph 20 of the Complaint, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

21. Answering paragraph 21of the Complaint, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

22. Answering paragraph 22 of the Complaint, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

23. Answering paragraph 23 of the Complaint, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

24. Answering paragraph 24 of the Complaint, which incorporates by reference the allegations of other paragraphs of the pleading, defendants to the same extent incorporate by reference the answers provided herein to those paragraphs.

25. Answering paragraph 25 of the Complaint, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

26. Answering paragraph 26 of the Complaint, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

27. Answering paragraph 27 of the Complaint, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

28. Answering paragraph 28 of the Complaint, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

29. Answering paragraph 29 of the Complaint, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

30. Answering paragraph 30 of the Complaint, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

31. Answering paragraph 31 of the Complaint, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

32. Answering paragraph 32 of the Complaint, which incorporates by reference the allegations of other paragraphs of the pleading, defendants to the same extent incorporate by reference the answers provided herein to those paragraphs.

33. Answering paragraph 33 of the Complaint, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

34. Answering paragraph 34 of the Complaint, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

35. Answering paragraph 35 of the Complaint, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

36. Answering paragraph 36 of the Complaint, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

37. Answering paragraph 37 of the Complaint, defendants deny the

allegations contained therein.

38. Answering paragraph 38 of the Complaint, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

39. Answering paragraph 39 of the Complaint, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

40. Answering paragraph 40 of the Complaint, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

41. Answering paragraph 41 of the Complaint, which incorporates by reference the allegations of other paragraphs of the pleading, defendants to the same extent incorporate by reference the answers provided herein to those paragraphs.

42. Answering paragraph 42 of the Complaint, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

43. Answering paragraph 43 of the Complaint, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

44. Answering paragraph 44 of the Complaint, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

45. Answering paragraph 45 of the Complaint, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

46. Answering paragraph 46 of the Complaint, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

47. Answering paragraph 47 of the Complaint, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

## AFFIRMATIVE DEFENSES

As a separate and distinct affirmative defenses, defendants allege each of the following:

## FIRST AFFIRMATIVE DEFENSE

48. The claims are barred by the statute of limitations set forth in California Code of Civil Procedure section 340(3).

## SECOND AFFIRMATIVE DEFENSE

49. As to the federal claims and theories of recovery, the answering defendants are protected from liability under the doctrine of qualified immunity, because defendants' conduct did not violate clearly established statutory or constitutional rights of which a reasonable person would have known.

## THIRD AFFIRMATIVE DEFENSE

50. Defendant City of Los Angeles and all defendants sued in their official capacities are immune from the imposition of punitive damages.

///

///

### FOURTH AFFIRMATIVE DEFENSE

51. Defendants are immune from liability pursuant to the provisions of each of the following California statutes, each of which is set forth as a separate and distinct affirmative defense:

Government Code §§ 815.2, 815.6, 818, 820.4, 820.8, 821.6, 822.2

Penal Code 834, 834(a), 835, 835(a) , 836 and 836.5.

### FIFTH AFFIRMATIVE DEFENSE

52. The state claims are barred for plaintiff's failure to comply with the provisions of the California Tort Claims Act, Government Code § 910 et seq.

### SIXTH AFFIRMATIVE DEFENSE

53. Plaintiff failed to mitigate her damages.

### SEVENTH AFFIRMATIVE DEFENSE

54. Defendants' actions were privileged.

### EIGHTH AFFIRMATIVE DEFENSE

55. The answering defendant is immune from liability for all damages sustained after the prosecutor initiated criminal charges, pursuant to Smiddy v. Varney, 803 F.2d 1469 (9th Cir. 1986), and Jackson v. City of San Diego, 121 Cal.App.3d 579 (1981).

WHEREFORE, Defendants pray for judgment as follows:

1. That Plaintiff takes nothing by this action;

2. That the action be dismissed;

3. That Defendants be awarded costs of suit;

4. That Defendants be awarded other and further relief as the Court may deem just and proper, including an award of attorney's fees pursuant to 42 U.S.C. § 1988.

DATE: April 20, 2016

**MICHAEL N. FEUER, CITY ATTORNEY**
**THOMAS H. PETERS, CHIEF ASST. CITY ATTORNEY**
**CORY M. BRENTE, SUPER. ASSIST CITY ATTORNEY**

**BY:__/S/ -** *Craig J. Miller*
**CRAIG J. MILLER, DEPUTY CITY ATTORNEY**
**ATTORNEYS FOR DEFENDANT CITY OF LOS ANGELES AND CHARLIE BECK**

# DEMAND FOR JURY TRIAL

Defendants hereby demand and request a trial by jury in this matter.

DATE: April 20, 2016

**MICHAEL N. FEUER, CITY ATTORNEY**
**THOMAS H. PETERS, CHIEF ASST. CITY ATTORNEY**
**CORY M. BRENTE, SUPER. ASSIST CITY ATTORNEY**

**BY:__/S/ -** *Craig J. Miller*
**CRAIG J. MILLER, DEPUTY CITY ATTORNEY**
**ATTORNEYS FOR DEFENDANTS CITY OF LOS ANGELES AND CHARLIE BECK**