JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEMHAR GIRMAY AMHA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF LOS ANGELES, a Municipal Corporation; CHARLIE BECK Chief of Police, in his individual and official capacities; and DOES 1 through 5, inclusive,<br><br>Defendants. | Case No.: CV 16-00216 FMO (AFMx)<br>Honorable Judge: Fernando M. Olguin<br>Honorable Magistrate Judge: Alexander F. Mackinnon<br><br>**ORDER ON STIPULATION [23] RE: DISMISSAL** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

The court has read and reviewed the stipulation of the parties regarding dismissal and Orders as follows:

**GOOD CAUSE HAVING BEEN SHOWN,** It is hereby ordered that the entire action is dismissed, with prejudice, pursuant to Federal Rules of Civil Procedure, Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii) and (B); each side to bear their own costs and attorney's fees.

1    All pending dates are vacated and taken off calendar.

**IT IS SO ORDERED**.

DATED: March 16, 2017

                         /s/
              **Honorable Fernando M. Olguin**
              **United States District Court**